AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Alejandro David Reyes Aguilar<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    25-mj-7268-JCB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 4, 2025__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Violation of 18 USC § 111 | Assault of a Federal Officer |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Casey Biagotti, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Casey Biagotti*
*Complainant's signature*

Special Agent Casey Biagotti, FBI
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: __06/04/2025__

*Judge's signature*

City and state: __Boston, Massachusetts__    Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*