**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Essex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 25-mj-7268-JCB
- Search Warrant Case Number: _____
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name: Alejandro David Reyes Aguilar    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1985    SSN (last 4#): _____    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Lauren Maynard    Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/4/2025    Signature of AUSA: /s/ Lauren Maynard

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Alejandro David Reyes Aguilar

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 111 | Assault of a Federal Officer | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013