25-7268-JCB

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST

I, Casey Biagiotti, being duly sworn, state as follows:

### Introduction and Agent Background

1.	I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and I have been employed as a Special Agent since January 2021. I am currently assigned to the Violent Crimes Task Force ("VCTF") of the Boston Division of the FBI. As an FBI SA, I am responsible for the investigation of federal criminal offenses and have participated in various investigations of violent crimes and domestic terrorism. More specifically, these investigations have included armed robbery, murder-for-hire, assault on a federal officer, fugitive apprehension, firearms violations, and cyberstalking.

2.	I have conducted numerous investigative activities to include executing search and arrest warrants, interviews of victims, witnesses, and suspects, issuing and reviewing the returns of subpoenas, and conducting physical and electronic surveillance. I have also received specialized training regarding investigative techniques and evidence collection and preservation.

3.	I am currently investigating Alejandro David REYES AGUILAR (DOB: xx/xx/1985) for assault on a federal officer, in violation of 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties (the "Target Offense").

4.	This affidavit is submitted in support of a criminal complaint charging REYES AGUILAR with the Target Offense.

1

5.  The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience and the training and experience of other agents. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that REYES AGUILAR committed the Target Offense. Therefore, I have not included all facts known to me concerning this investigation.

## STATEMENT OF PROBABLE CAUSE

6.  On Wednesday, June 4, 2025, at approximately 7:37 AM (EST), Special Agents ("SA") from Homeland Security Investigations ("HSI"), the Drug Enforcement Administration ("DEA"), and the Federal Bureau of Investigation ("FBI"), collectively "the Agents[1]", who are working collaboratively as part of a multi-agency effort supporting Immigration and Customs Enforcement ("ICE") efforts, executed a motor vehicle stop in attempt to effect the arrest of Person 1[2] (DOB: xx/xx/1978), the registered owner of a white Ford E250 van, MA tag 4PTV22. Person 1 was the intended target of a civil immigration enforcement arrest. Agents identified the driver of the vehicle as Person 1, travelling in Lynn, Massachusetts. Person 1 has previously been removed from the United States, and is subject to criminal prosecution pursuant to 8 U.S.C. § 1326.

7.  Agents were all outfitted with law enforcement identifiers, clearly displaying the name of the agency with which they are employed. Two of the FBI Agents present were

---

[1] The identity of all Agents is known but being withheld to protect their identity.
[2] The identity of Person 1 is known to me.

2

equipped with active and recording body worn cameras ("BWC"), which recorded the interaction between the Agents and REYES AGUILAR. I personally reviewed all pertinent BWC footage recorded by FBI Agents.

8.     While agents had the vehicle stopped, a DEA agent approached the passenger side, while agents from HSI and FBI approached the driver's side. The DEA agent made several requests to all occupants of the vehicle to provide identification, to which none of the three occupants complied. REYES AGUILAR was seated in the front passenger seat. He abruptly opened the passenger side door into the body of the DEA agent. Agents asked REYES AGUILAR to comply with commands, and REYES AGUILAR failed to comply, and began to shove the DEA agent. Agents were able to place REYES AGUILAR back into the vehicle. Once back inside of the vehicle, REYES AGUILAR continued to fail to comply with the Agents' orders and repeatedly reached toward his waistband.

9.     Agents told REYES AGUILAR to stop reaching for his waistband and he failed to comply. Agents removed REYES AGUILAR from the vehicle, and REYES AGUILAR again actively resisted officers, to include by thrashing, shoving, and pulling his arms away from the Agents, until the Agents successfully subdued him with handcuffs.

10.    While the encounter with REYES AGUILAR and the Agents was ongoing, the driver of the vehicle, Person 1, fled the scene on foot, evading arrest. The third occupant of the vehicle, Person 2,[3] attempted to exit the vehicle and flee, but was apprehended and taken into ICE custody.

11.    The Agents involved in subduing REYES AGUILAR suffered injuries including multiple lacerations, which were photographed and documented.

---

[3] The identity of Person 2 is known to me.

## CONCLUSION

12.     Based on the foregoing, I respectfully submit there is probable cause to believe that on or about June 4, 2025, REYES AGUILAR did forcibly assault, resist, oppose, impede, intimidate, or interfere with persons designated under 18 U.S.C. § 1114, while said persons were engaged in and on account of the performance of official duties, in violation of 18 U.S.C § 111.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

_____
Casey Biagiotti
Special Agent
Federal Bureau of Investigation

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 4th day of June, 2025.

_____
HON. JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE